IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **STATE FARM MUTUAL INSURANCE COMPANY, et. al.,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | No. RDB 10-3209 |
| **UNITED STATES OF AMERICA,** ) ) | |
| **Defendant.** ) ) | |

## CONSENT MOTION TO DISMISS

COMES NOW the Defendant, the United States of America, by and through counsel, and moves this court to dismiss this suit with prejudice.

Undersigned consulted with Counsel of Record for the Plaintiffs, Adam Wilk, on October 11, 2012, and received his consent for this motion.

                                        Respectfully submitted,

                                        Rod J. Rosenstein
                                        United States Attorney

                                        _____/s/_____
                                        Thomas H. Barnard
                                        Assistant United States Attorney
                                        Bar No. 27488
                                        36 South Charles Street, 4th Floor
                                        Baltimore, Maryland 21201
                                        (410) 209-4800
                                        Thomas.Barnard@usdoj.gov