IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE FARM MUTUAL INSURANCE COMPANY, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. RDB 10-3209 |

## CONSENT MOTION TO DISMISS

COMES NOW the Defendant, the United States of America, by and through counsel, and moves this court to dismiss this suit with prejudice.

Undersigned consulted with Counsel of Record for the Plaintiffs, Adam Wilk, on October 11, 2012, and received his consent for this motion.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____/s/_____
Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Thomas.Barnard@usdoj.gov

Request GRANTED This 11th Day of October, 2012.

Richard D. Bennett
United States District Judge